462 A.2d 291

Commonwealth v. Johnson, Appellant.

Reargument Denied July 25, 1983.

602

Before WIEAND, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.